CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED-for
RWo
JUL 27 2006
JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **SHELDON BERNARD GRAY,** | ) | |
| Petitioner, | ) | **Civil Action No. 7:06CV00252** |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **L.W. JARVIS,** | ) | **By: Hon. Jackson L. Kiser** |
| Respondent. | ) | **United States District Judge** |

For the reasons stated in the accompanying memorandum opinion, it is now

### ORDERED

that the respondent's motion to dismiss shall be and hereby is **GRANTED**, and the petition shall be

and hereby is **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying

memorandum opinion to the petitioner and all counsel of record.

ENTER: This 27th day of July, 2006.

Senior United States District Judge